**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00194-CMA-BNB

MARY RAMIREZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court, having reviewed the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 4) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: February  23 , 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge